

September 24, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Young v. Drury University,*
                Case No.: 1:20-cv-5718-RA

Dear Judge Abrams,

      The undersigned represents Lawrence Young, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Drury University, ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                        Respectfully submitted,

                                                        *s/ Jeffrey M. Gottlieb, Esq.*
                                                         Jeffrey M. Gottlieb, Esq.

cc: all counsel of record VIA ECF

1